UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-22217-EA

In the Matter of:
The Complaint of Bradley R. Perry
_____/

### ORDER DENYING CLAIMAINT
### RICARDO MARTINEZ'S MOTION TO DISMISS [ECF NO. 52]

Pending before the Court is a Report and Recommendation (the "Report") recommending that this Court DENY Claimant Ricardo Martinez's Motion to Dismiss. [ECF Nos. 52, 64]. Having considered the Report [ECF No. 64], the timely filed objections [ECF No. 65], and having conducted a *de novo* review of the record, **the Motion to Dismiss [ECF No. 52] is DENIED.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 5th day of March 2026.

*[signature: Ed Artau]*

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
**Chase Alexandra Jansson**
Campbell Johnston Clark
2600 Douglas Road
Suite 508
Coral Gables, FL 33134
786-473-0810
Email: Chase@CJCLaw.com

**Neil Bayer**
Campbell Johnston Clark LLP
Douglas Centre
2600 Douglas Road, Suite 508
Coral Gables, FL 33134
786-204-3784
Email: neil@cjclaw.com

**Charles W Denny , IV**

Dickinson , Gibbons, P.A.
401 North Cattlemen Road
Suite 300
Sarasota, FL 34232
941.366.4680
Fax: 941.953.3136
Email: cdenny@dglawyers.com

**Joshua David Ferraro**
Lesser, Landy, Smith & Siegel, PLLC
420 Columbia Drive
Suite 110
West Palm Beach, FL 33409
561-655-2028
Fax: 561-655-2033
Email: jferraro@lesserlawfirm.com

**Luis Alexander Perez**
Lipcon, Margulies, Alsina & Winkleman, P.A.
2 S. Biscayne Tower, Ste. 1776
Miami, FL 33131
7868005458
Email: aperez@lipcon.com

**Tonya Jean Meister**
Meister Law LLC
Courthouse Tower, Suite 750
44 West Flagler St.
Miami, FL 33130
305-590-5570
Fax: 305-675-3787
Email: TonyaJMeister@aol.com

**Peter G Walsh**
The Cruise Injury Law Firm, PA
2915 Biscayne Blvd.
Ste 300
Miami, FL 33137
786-877-2411
Email: pwalsh@thecruiseinjurylawfirm.com

**Kathryn Denise Anderson**
Overchuck Law Firm
1503 West Smith Street
Orlando, FL 32804
(407) 478-4935
Fax: (321)285-0430
Email: KAndersonRMPA@gmail.com